[No. 16373.  Department One.  June 9, 1921.]

SACAJAWEA LUMBER & SHINGLE COMPANY, *Appellant*, v. SKOOKUM
LUMBER COMPANY *et al.*, *Respondents.*[1]

Appeal from an order of the superior court for Thurston county,
Wilson, J., entered October 18, 1920, overruling plaintiff's motion
to set aside an order of dismissal.  Reversed.

*F. Campbell* and *H. H. Johnston*, for appellant.

PER CURIAM.—This case is controlled by our decision in the case
of *Sacajawea Lumber & Shingle Co. v. Skookum Lumber Co.*,
*ante* p. 75, 198 Pac. 1112, where the same facts and questions are
disposed of, and is therefore reversed and remanded with the same
instructions to the lower court.

---

[No. 16518.  Department Two.  June 14, 1921.]

EMMA AROLA, *Respondent*, v. W. F. HAYS, *Appellant.*[2]

Appeal from a judgment of the superior court for King county,
Frater, J., entered November 16, 1920, upon findings in favor of the
plaintiff, in an action for money received, tried to the court.  Af-
firmed.

*Kelleran & Hannan*, for appellant.
*J. Grattan O'Bryan*, for respondent.

PER CURIAM.—In this action, which was begun by a client against
her attorney for the return of money received by him, he has set
up a counterclaim seeking to recover for legal services performed
for her and at her request.  The only question presented on the
appeal is as to the proper amount to be allowed on this counter-
claim.  An examination of the record does not disclose any reason
why we should interfere with the amount awarded by the trial
court, and the judgment is therefore affirmed.

[1]Reported in 198 Pac. 1114.
[2]Reported in 198 Pac. 1119.